IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID JEFFERSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 14-2238 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| ET AL., | : | |
| Defendants. | : | |

NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Kathryn Faris as counsel for Defendant City of Philadelphia in the above entitled matter.

Respectfully submitted:

Date: December 15, 2023

/s/ *Kathryn Faris*

KATHRYN FARIS
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
(215) 683-5445
(215) 683-(fax)
*Kathryn,faris@phila.gov*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID JEFFERSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 14-2238 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| ET AL., | : | |
| Defendants. | : | |

CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Entry of Appearance was served upon all counsel in this matter via electronic mail through the Court's ECF system on the date and year written below.

Respectfully submitted:

Date: December 15, 2023

/s/ *Kathryn Faris*
KATHRYN FARIS
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
(215) 683-5445
(215) 683-(fax)
*Kathryn.faris@phila.gov*