IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID JEFFERSON,** | : | |
|             **Plaintiff,** | : | |
|     v. | : | **Civ. No.  14-2238** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
|             **Defendants.** | : | |
| | : | |

### O R D E R

**AND NOW**, this 12th day of April, 2024, it is hereby **ORDERED** that the Amended Complaint (Doc. No. 18) is deemed **FILED**.  Defendants **SHALL** Respond to Plaintiff's Amended Complaint **no later than May 3, 2024.**

                                                                  **AND IT IS SO ORDERED.**

                                                           */s/ Paul S. Diamond*
                                                           _____
                                                           Paul S. Diamond, J.